UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 13-39155

Michael Gene Williams
Isabel Luisa Williams
    Debtor
_____/

OBJECTION TO MOTION TO MODIFY

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Objection to the Debtor's Motion to Modify and states as follows:

**The plan does not disclose payments made by the Trustee prior to the filing of the plan**

1) The Confirmed Plan provided for payments to GreenTree for a mortgage valued in the plan. The Trustee paid GreenTree $25,644.67 for that secured debt. (Prior to June 17, 2015, the Trustee paid GreenTree $30,506.31 but GreenTree returned $4,861.64 to the Trustee on November 16, 2015).

2) The plan does not disclose the payments made to GreenTree as the plan only reflects that the Trustee paid $19,109.40 toward the secured claim. The Trustee objects as the payments were made under a confirmed plan toward a secured debt and unless the debtor files a motion to recover those funds from the creditor, the debtor must reflect the full amount paid to the creditor prior to the modified plan.

**The plan does not pay the debtors' disposable income.**

3) At the time of confirmation, the debtor's disposable income was $750.00 per month. The Fourth Amended Plan pays this disposable income to the unsecured creditors.

4) As of December 14, 2015, the only unsecured debt the Trustee has paid is $750.00 to the debtor's attorney.

5)  June 25, 2015, which was 18 months after the date of the petition, the debtor filed a motion to modify and an amended Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 22C-1 ("CMI Form") and amended Schedule I and J reducing the debtor's disposable income.

6)  The modified plan does not pay the debtor's disposable income of $750.00 per month for the 18 months prior to the amendments. ($13,500.00)

7)  Since the filing of the amended Schedules, the debtor has not provided evidence and calculation of the reasonable and necessary expenses including $600.00 "Financial Assistance to Dependant Daughter" who is also a household member.  The debtor has not provided any evidence as to the reasonable and necessary expense nor any evidence of actual expenditure The proposed modified plan reduces the amount of payments to the unsecured creditors and does not pay the disposable income

**Unreasonable delay**

8)  This case has been continued each month for the same issues since August of this year.  The issues have been discussed but not resolved each month.

WHEREFORE, the Trustee requests that the modified plan be denied and this case be dismissed.

I hereby certify that a true and correct copy of the foregoing was served on Debtor's attorney through NEF and as stated below on any other party on December 14, 2015

    Respectfully submitted:
    NANCY N. NEIDICH, ESQ
    CHAPTER 13 TRUSTEE

    _____/s/_____
    AMY E CARRINGTON, ESQ.
    FLORIDA BAR NO.: 101877
    P.O. BOX 279806

MIRAMAR, FL 33027
(954) 443-4402