UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 13-39155

MICHAEL G WILLIAMS
ISABEL L WILLIAMS
    Debtor
_____/

OBJECTION TO MOTION TO REALLOCATE FUNDS

Nancy N Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Objection to Motion to Reallocate Funds and states as follows:

1) The confirmed plan provided for payments to Green Tree Funding on a valued lien.

2) The payments to Green Tree Funding in the confirmed plan were for a debt secured by the non-homestead property.

3) The Trustee disbursed payments of $25,644.67 to Green Tree Funding for the monthly payments due for the secured debt and also were adequate protection as the debtors received the benefit of the automatic stay.

4) The debtor wishes to change the character of those payments from secured to unsecured payments.

5) The Trustee's ledger reflects that the payments were for the secured debt.

6) The confirmed plan reflects that the payments were for the secured debt.

7) The debtors request to reallocate the payments constitutes bad faith as it requires Green Tree to take the adequate protection payments for the secured property and apply those payments to the unsecured debt.

8) If the payments are applied to Green Tree Funding's unsecured debt. Green Tree Funding's unsecured debt would receive 48% of its claim.

9) For the other unsecured debt to receive 48% of their claim, the debtor would need to pay $14,793.50 to the balance of the unsecured creditors.

WHEREFORE, the Trustee requests that this case be converted to Chapter 7

I hereby certify that a true and correct copy of the foregoing was served on Debtor's attorney through NEF and as stated below on any other party on December 22, 2015

       Respectfully submitted:
       NANCY N. NEIDICH, ESQ
       CHAPTER 13 TRUSTEE
       _____/s/_____
       AMY E CARRINGTON, ESQ.
       FLORIDA BAR NO.: 101877
       P.O. BOX 279806
       MIRAMAR, FL 33027
       (954)  443-4402